IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CR-221-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NICHOLAS FLEMING, a/k/a NICK ) | |
| FRANKLIN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice*" (Document No. 81) filed by H. Lee Falls, III, concerning Mark C. Moore, on May 4, 2017. Mr. Moore seeks to appear as counsel *pro hac vice* for Defendant Nicholas Fleming. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice*" (Document No. 81) is **GRANTED.** Mr. Mark C. Moore is hereby admitted *pro hac vice* to represent Defendant Nicholas Fleming.

**SO ORDERED**.

Signed: May 5, 2017

David C. Keesler
United States Magistrate Judge