**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:16-CR-221-MOC-DCK**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **NICHOLAS FLEMING,** | ) | |
| **Defendant.** | ) | |
| _____ | ) | |


   **THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Seal" (Document No. 342) filed February 5, 2019. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as Defendant's Motion to Continue Sentencing Hearing contains sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will <u>grant</u> the motion.

   **IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Seal" (Document No. 342) is **GRANTED**, and the Motion To Continue Sentencing Hearing (Document No. 343) is sealed until further Order of this Court.


Signed: February 7, 2019


David C. Keesler
United States Magistrate Judge