# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:16-CR-221-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| vs. | SEALED ORDER |
| NICHOLAS FLEMING (6) | |

**THIS MATTER IS BEFORE THE COURT** on the "Unopposed Motion To Modify Conditions Of Release" (Document No. 356) filed March 1, 2019. Having carefully considered the motion, and noting no objection from the Government, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Unopposed Motion To Modify Conditions Of Release" (Document No. 356) is **GRANTED**. The condition of pretrial release requiring drug testing shall be removed; all other conditions shall remain in effect pending further order of the Court.

**SO ORDERED**.

Signed: March 4, 2019

David C. Keesler
United States Magistrate Judge